■ JOHN J. WALSH, SR., Appellant, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— No opinion. Beldock, P. J., Ughetta, Kleinfeld, Rabin and Hopkins, JJ., concur.

## (February 14, 1962)

■ In the Matter of LORETTA RICHTER et al., Appellants, v. SEYMOUR R. THALER, Respondent, and JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents.— In our opinion, the failure to comply with the statute is fatal; such failure renders the petition a nullity. Ughetta, Kleinfeld and Hill, JJ., concur; Beldock, P. J., and Christ, J., dissent and vote to affirm the order with the following memorandum: It was within the discretion of the signers of the nominating petition to name a committee on vacancies. In the event they elected to do so, then such committee was required to be named in the form prescribed by the statute (Election Law, § 138). The failure to make such election, however, and the consequent omission to name a committee on vacancies, did not serve to invalidate the nominating petition (cf. Matter of Brennan v. Power, 307 N. Y. 818).

## (February 15, 1962)

■ MILDRED GRUBERGER, as Administratrix of the Estate of MAX GRUBERGER, Deceased, et al., Respondents, v. TOBEY TITUS, as Administratrix of the Estate of HORACE TITUS, Deceased, Appellant, et al., Defendants.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before March 12, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.